# UNITED STATES DISTRICT COURT
for the
District of Columbia

SUBI MEHMETI

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

REPUBLIC OF ALBANIA
CONSUL OF MINISTRES
MUNICIPALITY OF TIRANA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 1:23-cv-02847　JURY DEMAND
Assigned To : Mehta, Amit P.
Assign. Date : 9/26/2023
Description: Pro se Gen. Civ. (F-Deck)

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Subi Mehmeti |
| Street Address | 4520 12 Avenue, Apt. B4 |
| City and County | Brooklyn, New York |
| State and Zip Code | 11219 |
| Telephone Number | (929) 647 6625 |
| E-mail Address | mehmetisubi2017@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
SEP 26 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Page 1 of 5

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: REPUBLIC OF ALBANIA
- Job or Title (if known): CONSUL OF MINISTRES
- Street Address: Martyrs of the Nation Street, No.1
- City and County: Tirana, Albania
- State and Zip Code: 1001
- Telephone Number: +355 42 27 7369
- E-mail Address (if known): infi@kryeministria.al

Defendant No. 2
- Name: REPUBLIC OF ALBANIA
- Job or Title (if known): Municipality of Tirana
- Street Address: Skenderbej Square, Nd. 2
- City and County: Tirana, Albania
- State and Zip Code: 1001
- Telephone Number: +355 800 0888
- E-mail Address (if known): info@tirana.al

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Subi Mehmeti , is a citizen of the State of *(name)* United States.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name )* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2. If the defendant is a corporation

   The defendant, *(name)* Consul of Ministres, Municipalyty of Tirana , is incorporated under the laws of the State of *(name)* Albania , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## C. The Amount in Controversy

**The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):**

The State Institutions of the Republic of Albania seized and forcibly appropriated all my properties located at the address; Papa Nikola Papajani Street, House 134, H1 Municipal Unit No. 8 Postal Code 1017 Tirana, Albania.

a. Residential houses, building plots, houses complete with all household furnishings, and other sets, items with more value inherited between generations dating back to before the 1890s.

b. The damage caused to my properties, forcibly seized by the state institutions of the Republic of Albania, totals a total of 2,009,923.78 dollars.

Without counting the valuable items of family heirlooms, a legacy between generations as a family, the heritage dating back to before the 1890s.

## III. Statement of Claim

### A. Describe the property that you own that is the subject of this complaint, including its value.

1. The property I have owned since 1994 is in the Country of Birth, in the City of Tirana, Republic of Albania.

2. The property is located at the Address: Street, Papa Nikolla Papajani, House 134, H1 Municipal Unit No. 8 Postal Code 1017 Tirana Albania.
- The document proving the address is original with the Tirana Municipality Logo.
- The document is translated into English and notarized in Albania.   **Exhibit "A"**

3. The property that I owned for 25 years is registered in the Real Estate Register.
A-Section of Property Identification.   B- Property Description Section

a. This property is located in Cadestral Area 8340, Property Number 1/4, Map Index TR-G-10, Property Addresses City of Tirana.

b. The document that certifies it is; the Real Estate Charter approved by decision of the Council of Ministers no. 519 Last date 04/04/2012.
- Official Document issued by the State Institutions of the Republic of Albania is translated into English and notarized in Albania.   **Exhibit "B"**

4. In the property that I owned from 1994 to 2019, Cadastral Area 8340; Number of property 1/4; With Map Index TR-G-10
- Property included in Address: Street, Papa Nikolla Papajani, Palace 134, Municipal Unit No. 8 H1 Postal Code 1017.

**In these properties they are included;**

a. Residential house; of 101.6 m² (square meter)
- Based on the reference sale-purchase price in the free market, near the surface of the current property, month of August 2023, 1 m² (square meter) of construction is sold for 1900 Euro   **Exhibit "C"**

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

- 1900 Euros, Conversion to Dollars August 2023 = 2053.04 dollars X 101.6 m² (square meter) Residential house, total amount $. 208,625.44

**b.** Plot included for construction; 956 m² (square meter)
- Based on the reference sale-purchase price in the free market, near the surface of the current property, month of August 2023, a 1 m² (square meter) building plot for sale at 1,625 Euro   **Exhibit "D"**
- 1,625 Euro Conversion to dollars August 2023 = 1,755.89 dollars X 956 m² (square meter) building plot, total amount $. 1,678,630.84

**c.** Car garage; 24 m² (square meter)
- Based on the reference sale-purchase price in the free market, next to the area of the current property, in August 2023, a garage of 26 m² (square meter) will be sold with a total value of 45,000 euros. **Exhibit "E"**
- 45,000 Euros. Conversion to Dollar August 2023 = $48,667.50. Total garage.48, $667.50

**d.** The surrounding wall of the plot, with concrete blocks; is 124 meters long.
- Based on the reference sale price, and estimate of the works, the total amount is; $24,000

**e.** Institutions of the Albanian State of the Republic of Albania. Together with the demolition of the house, and the flattening of the total property, the excavators have buried all the furniture of the house and all the clothes of the family members that were arranged in the closets. With a total value of over $50,000.

5. The total value of the property seized by force, buried underground, by the Albanian State Institutions, Republic of Albania.
- Total amount in dollars; 2,009,923.78

**B.   How and when did you come to own the property?**

1. Construction Plot in Cadestral Area 8340; Number of property 1/4; With Map Index; TR-G-10;
a. I bought this building plot from a resident in Tirana, in accordance with the rules of the sale and purchase of properties of that period that belonged to the years 1993-1994.

2. I have been the owner of these properties since 1994, until 17.04.2019.
a. Property owned for 25 years.
b. Property in possession, in accordance with the constitutional laws of the Republic of Albania, as well as international laws on property.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**C.** How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.

1. Official document with the stamp from the State Institutions of the Republic of Albania. Municipality of Tirana, General Directorate of Public Works, date 26.01.2017.
- Decision on the Approval of the Project-Idea for the Construction of the Northern Boulevard in the city of Tirana. Document with Official Number, No. 2/17; date 26.01.2017
- This is a Project - Idea after 24 years that I owned these properties in this area.
- Official document copy from the original translated into English and notarized in Albania      **Exhibit "F"**

2. Official document with the stamp from the State Institutions of the Republic of Albania.
- Inspectorate of Territory Protection, Protocol Number; 10746 Tirana, on 16.03.2018 Request made for confirmation.
- Information on the project idea, Bulevardi Tirana, cooperation is required for ownership verification or inclusion in the legalization process and further exclusion of objects from the legalization process.
- Official document copy from the original translated into English and notarized in Albania                **Exhibit "G"**

3. Official Document with the stamp from the State Institutions of the Republic of Albania.

- Legalization Agency Document with Protocol Number, No. 11103 Tirana, dated 26.10.2018.
- The Legalization Agency, after 24 years, announces the exclusion of properties from the legalization process.
- This official document has been sent to the address; Subi Riza Mehmeti - Administrative Unit Number 8, Tirana.
(Official notice was given to an incorrect address, this address does not exist on my properties)
- The exact address of my properties is: Street, Papa Nikolla Papajani, Palace 134, Municipal Unit No. 8 Postal Code 1017      **See Exhibit "A"**
- I announce and confirm that I have no information or notification about this official document, during this period of time I was in the United States of America, New York where I have permanent family residence.
- My location for this period can be checked through the border crossing systems of Albania and the United States of America
- Official document copy from the original translated into English and notarized in Albania                    **Exhibit "H"**

Page 4 of 5;     **Page.3**

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

4. Official document with the stamp from the State Institutions of the Republic of Albania.
- Inspectorate of Territory Protection. Decision Number: 504; Date 15 January 2019.
- Notice, the decision on the demolition of the House.
- This decision was made after 25 years since I was the owner of these properties.
- The official notification has been sent to the address; Subi Riza Mehmeti, Siri Kodra Street, Administrative Unit Number 8.
  (Official notice was given to an incorrect address, this address does not exist on my properties)
- The exact address of my properties is; Street, Papa Nikolla Papajani, Palace 134, Municipal Unit No. 8 Postal Code 1017.    See Exhibit "A"
- I announce and confirm that I have no information or notification about this document, During this period of time I was in the United States of America, New York where I have permanent family residence.
- My location for this period can be checked through the border crossing systems of Albania and the United States of America
- Official document copy from the original translated into English and notarized in Albania        Exhibit "I"

5. Official document with the stamp from the State Institutions of the Republic of Albania.
- Inspectorate of Territory Protection. Letter with protocol number: No. 18851 Tirana on 11.04.2019
- Notice of demolition of the House and all properties.
- This decision was made after 25 years since I was the owner of these properties.
- The notice was sent to the address; Subi Riza Mehmeti, Mustafa Casli Street, Tirana. (Official notice was given to an incorrect address, this address does not exist on my properties)
- The exact address of my properties is; Street Papa Nikolla Papajani, Palace 134, Municipal Unit No. 8 Postal Code 1017.    See Exhibit "A"
- I announce and confirm that I have no information or notification about this document, During this period of time I was in the United States of America, New York where I have permanent family residence.
• My location for this period can be checked through the border crossing systems of Albania and the United States of America.
- Official document copy from the original translated into English and notarized in Albania        Exhibit "I"

6. On 17.04.2019, the institutions of the State of Albania, of the Republic of Albania, seized and appropriated all my properties, an appropriation by violence and terror, forcibly evicted all the residents of the neighborhood from their homes and properties, an expulsion of the proportions of a genocide.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

---

**-In appropriation, of this property by violence, the State organized;**

**a.**   Hundreds of forces of the State Police, the Tirana Municipality Police, the special forces of the Eagle Police, and the Territory Protection Inspectorate, equipped with ( Excavators).

**b.**   It has been used, it has been exercised over residents and property, violence, terror, genocide, including women, children, and elderly, forcing residents to leave their homes, for the demolition and seizure of houses (properties), in the form of an unforgivable genocide.

**c.**   In order to reflect the facts, I am sending to the Court as sufficient, irrefutable evidence, film videos broadcast by Media Television of the Republic of Albania, for that period of time. DVD-R, Copy1,   Attached SanDisk USB 3.0 Flash Drive.  **Exhibit "K"**

**d.**   Evidence in support of the Documents are newspaper articles in the Republic of Albania for that time period, in the English, Albanian language.   **Exhibit "L"**

**e.**   As evidence for the total destruction of my properties, the photo is enough as evidence that explains and verifies everything, on this violence and terror, on the level of a Genocide, on my properties   **Exhibit "M"**

**D.**   (If the defendant(s) rightfully came into possession of the property): Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

1.   State Institutions of the Republic of Albania had full information that these properties belonged to me, the time period is 25 years (1994-2019)
2.   Like every citizen, I have been a regular taxpayer in this residential area. Cadastral Area 8340, Property Number 1/4, Map Index TR-G-10, Property Addresses City of Tirana. **See Exhibit "B"**

3.   State Institutions of the Republic of Albania, have appropriated my properties with violence and terror, contrary to national and international laws.
They built the New Boulevard in Tirana on my properties.   **Exhibition "N"**

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## IV.     Relief

**State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.**

I ask the court to include the costs and disbursements together with any other relief that the court considers fair and proper, supported by evidence and the values, of the family inheritance passed down between generations and years.

**1.** The State institutions of the Republic of Albania, together with the properties, are buried and all items of family value disappear, a legacy handed down between generations as a family, where everything dates before the 1890s.

**Among other things, I highlight;**
**a.** Photos and paintings of Grandpa, and Grandma, dating from the 1890s, 1910s, and beyond.
(Everything has been deliberately buried (consciously), by the State Institutions of the Republic of Albania)
**b.** Photos, and paintings of my father and mother, dating from the 1920s onwards.
(Everything has been deliberately buried (consciously), by the State Institutions of the Republic of Albania)
**c.** The damage caused to me by the State Institutions of the Republic of Albania is of disturbing proportions, everything inherited between generations has its own comprehensive values, (everything has disappeared for me)
• For judgment, I presented something symbolic, a painting sold at auction in 2017, which cost 141 million dollars, which fetches considerable value in the sale, to a buyer in the market.                                                   Document          **Exhibit "O"**

**2.** Based on the importance, of a family heirloom handed down over the years and several generations;
**a.** I ask the court to include the values (of all family heirlooms passed down between generations) such as paintings, photos, grandfather, grandmother, father, mother, and other valuable items inherited as a family, which date back to the 1890s. and in the following.
• Their values must exceed the amount (cost) of a painting sold at an auction 141. million dollars. (in year 2017).   An assessment of a minimum of 141. million dollars.

**3.** All of the above are necessarily accompanied, by stress, anxiety, as well as total discrimination as a family, I ask the Court to include in the relief for the created damages, in the minimum value of 1,000,000 dollars

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/26/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: SUBI MEHMETI

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address