**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, N.W.
Washington, DC 20001



___SUBI  MEHMETI_____X
  Plaintiff                                        **Case No.  23-cv-02847 (APM)**

REPUBLIC OF ALBANIA
CONSUL OF MINISTRES
__MUNICIPALITY  OF TIRANA_____X
  Defendants

<u>Brooklyn, February 12, 2024</u>

**PROOF  for the services of the parties in the process, service of documents, MOTION FOR DEFAULT.**

I, the plaintiff Subi Mehmeti, certify that I have successfully submitted a copy of the document below,  the party in this case:

<u>I sent</u> MOTION FOR DEFAULT,  two sheets in English and two sheets translated into Albanian notarized. This document bears the date of February 2, 2024.

1.   Services for Party 1; Republic Of Albania Consul  Of Ministres

    Address:  Rruga Dëshmorët e Kombit Nr.1
              Tirana, Albania
              Kodi postar 1001

The service is carried out with USPS International Post, accompanied by the tracking number of the service.  Tracking #  **CH206294475US**

As well as the accompanying sheet of the envelope for the destination.

International USPS confirms the delivery of the envelope with the documents,  date of delivery at 11:31 am on February 12, 2024.  (According to Albania time)

Attached is the USPS International Postal Services document  **Exhibit"A"**

1

2. Services for Party 2; Republic Of Albania  Municipality Of Tirana

Address:   Sheshi Skënderbej, Nd. 2
           Tirana, Albania
           Kodi postar 1001

The service is carried out with USPS International Post, accompanied by the tracking number of the service.  Tracking # CH206295431US

As well as the accompanying sheet of the envelope for the destination.

International USPS confirms the delivery of the envelope with the documents,  date of delivery at 11:31 am on February 12, 2024. (According to Albania time)

Attached is the USPS International Postal Services document  **Exhibit"B"**

I declare under penalty of perjury that the foregoing is true and correct.

Presented With Respect

Pro Se Plaintiff;   Subi Mehmeti

*Subi Mehmeti*
[sign your name before a Notary]

Address:  4520 12 Avenue  Apt. B4
          Brooklyn New York
          Zip Code 11219-2252
Telephone:  (929) 647 6625
E-mail :  mehmetisubi2017@gmail.com

Sworn to me before this ,day of ___2/12/2024___.

_____
Notary Public

PUI SHAN KRISTI CHU
Notary Public, State of New York    Kings, NY
No. 01CH6192739
Qualified in Kings County
Commission Expires Sept. 2, 2024.