

Exhibit"A"



# UNITED STATES POSTAL SERVICE.

DYKER HEIGHTS
8320 13TH AVE
BROOKLYN, NY 11228-9997
(800)275-8777

02/03/2024                          10:47 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail Intl™ | 1 | | $44.70 |
| Flat Rate Envelope | | | |
| Albania | | | |
| Flat Rate | | | |

Go to www.usps.com
to track your shipment
Tracking #:
CH206294475US

Grand Total:                         $44.70

Cash                                $100.00
Change                              -$55.30

For updated information about
International Service Disruptions, visit:
www.usps.com/intl/alerts

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

To save time, you can complete your
International Mail Customs Form
online and bring it with your package
to a Post Office where you can pay
postage. Or, use Click-N-Ship service
online to ship packages from your
home or office. Go to
https://www.usps.com/intl/customs.htm

In a hurry? Self-service kiosks offer
quick and easy check-out (For
international mail, only First-Class Mail
International Letters & Large Envelopes
are offered on SSK) Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

**UNITED STATES POSTAL SERVICE** ®

CH206294475US

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

| SHIPMENT INFORMATION (CONTINUED) – BOXED AREA IS FOR USPS-USE ONLY | | |
|---|---|---|
| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

Last Name: *Sobi*
Full First Name: *Merich*
MI

ness Name (if applicable)
Sender's Telephone

ress-1: *2580 12 Hl Apt 12 4*

ress-2

*Brooklyn*
State: *N.Y.*
ZIP Code: *11219*

**DRESSEE'S INFORMATION**

Last Name: *e.M.M. Mininie*
Full First Name: *Eunice Opanini*
MI

ness Name (if applicable)
Addressee's Telephone

ress-1: *suya seulmart e farm I No. 1*

ress-2
Postal Code

*Tikima*
State/Province: *Alunua*
Country: *NG*

**PMENT INFORMATION**

ategory of Items (Check all that apply)
ocument ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
ift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

| 7. Sender's Email Address | 8. Addressee's Email Address |
|---|---|
| 9. Exporter's Reference (if applicable and known) | 10. Exporter's Telephone (if applicable and known) |
| 11. Importer's Reference (if applicable and known) | 12. Importer's Telephone (if applicable and known) |

13. AES ITN (if applicable)
14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y) ☐ Other ____

| 15. License Number (if applicable) | 16. Certificate Number (if applicable) | 17. Invoice Number (if applicable) |
|---|---|---|
| 18. Length (Inches) | 19. Width (Inches) | 20. Height (Inches) |

21. Restrictions (if applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned
23. Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| tailed Description of Contents (ter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|---|
| *Document paper* | *2* | | | | | |

For Business Mailers, for items in Block 2 (if the information is known)

6. Total

Form **2976-R**, April 2016    PSN 7530-17-000-7992        IMPORTANT: This package may be opened officially.        **4 – Sender's Copy**

# USPS Tracking®

Remove ✕

**Tracking Number:**

## CH206294475US

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in ALBANIA at 11:31 am on February 12, 2024.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered**
ALBANIA
February 12, 2024, 11:31 am

**Addressee not available - Scheduled for another delivery attempt today**
ALBANIA
February 12, 2024, 11:29 am

**Addressee not available - Scheduled for another delivery attempt today**
ALBANIA
February 10, 2024, 10:29 am

**Processed through Facility**
TIRANA ENTRANGER, ALBANIA
February 9, 2024, 3:20 pm

**Customs Clearance Processing Complete**
ALBANIA
February 9, 2024, 2:08 pm

**Customs Clearance**
ALBANIA
February 9, 2024, 2:07 pm

**Processed Through Facility**
ALBANIA
February 9, 2024, 1:55 pm

**Departed**
LONDON, UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND
February 8, 2024, 9:01 am

**Departed**
NEW YORK, UNITED STATES
February 6, 2024, 6:13 pm

**Arrived**
NEW YORK, UNITED STATES
February 6, 2024, 7:16 am

**Processed Through USPS Regional Facility**
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
February 5, 2024, 10:10 am

Feedback

**Arrived at USPS Regional Facility**
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER, UNITED STATES
February 5, 2024, 10:10 am

**Arrived at USPS Regional Facilty**
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
February 4, 2024, 7:44 am

**Departed USPS Regional Facility**
METRO NY DISTRIBUTION CENTER
February 4, 2024, 6:21 am

**Arrived at USPS Regional Facility**
METRO NY DISTRIBUTION CENTER
February 3, 2024, 9:05 pm

**USPS in possession of item**
BROOKLYN, NY 11228
February 3, 2024, 10:41 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package?
_gl=1*bkveyt*_gcl_aw*R0NMLjE3MDc3NDE2MTkuQ2owS0NRaUFvS2V1QmhDb0FSSXNBQjRXeHRmdnZyVFB1OUVRTmZDeUNVaHhDWWJ5N0c2dng1T3JfYXhSW9

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs