

Exhibit "B"



```
                    UNITED STATES
                    POSTAL SERVICE.

                    DYKER HEIGHTS
                    8320 13TH AVE
                BROOKLYN, NY 11228-9997
                    (800)275-8777
02/03/2024                              10:53 AM
------------------------------------------------
Product                  Qty   Unit        Price
                               Price
------------------------------------------------
Priority Mail Intl        1               $44.70
Flat Rate Envelope
    Albania
    Flat Rate
    Go to www.usps.com
    to track your shipment
    Tracking #:
        CH206295431US

------------------------------------------------
Grand Total:                              $44.70
------------------------------------------------
Cash                                      $50.00
Change                                    -$5.30
------------------------------------------------

         For updated information about
     International Service Disruptions, visit:
              www.usps.com/intl/alerts

         Save this receipt as evidence of
    insurance. For information on filing an
              insurance claim go to
         https://www.usps.com/help/claims.htm
              or call 1-800-222-1811

        To save time, you can complete your
           International Mail Customs Form
       online and bring it with your package
         to a Post Office where you can pay
       postage. Or, use Click-N-Ship service
         online to ship packages from your
              home or office. Go to
         https://www.usps.com/intl/customs.htm

       In a hurry? Self-service kiosks offer
         quick and easy check-out (For
     international mail, only First-Class Mail
       International Letters & Large Envelopes
            are offered on SSK) Any Retail
            Associate can show you how.

               Preview your Mail
              Track your Packages
              Sign up for FREE @
         https://informeddelivery.usps.com

       All sales final on stamps and postage.
       Refunds for guaranteed services only.
            Thank you for your business.

          Tell us about your experience.
       Go to: https://postalexperience.com/Pos
       or scan this code with your mobile device,
```



```
          or call 1-800-410-7420.
```

# UNITED STATES POSTAL SERVICE

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.



CH206295431US

**SHIPMENT INFORMATION** *(Continued)* — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

**SENDER'S INFORMATION**

- Last Name: PEIBI
- Full First Name: MEHMETI
- Address-1: 1520 12 Av Apt B4
- City: BROOKLYN
- State: NY
- ZIP Code: 11219

**ADDRESSEE'S INFORMATION**

- Last Name: AJHLIA
- Full First Name: TIRANE
- (municipality of Ti...)
- Address-1: [illegible] Nd. 2
- State/Province: TIRANA
- Country: AL

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference
10. Exporter's Telephone
11. Importer's Reference
12. Importer's Telephone
13. AES ITN
14. AES Exemption — NOEEI § (Check one if applicable)
   ☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37(h)
   ☐ § 30.37(y)  ☐ Other
15. License Number
16. Certificate Number
17. Invoice Number
18. Length (inches)
19. Width (inches)
20. Height (inches)
21. Restrictions — check all that apply: ☐ Quarantine  ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one): ☐ Return to Sender  ☐ Treat as Abandoned
23. Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**SHIPMENT INFORMATION**

Category of Items (Check all that apply):
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

| Detailed Description of Contents (enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|---|
| document | 2 | | | | | |
| paper | | | | | | |
| **6. Total** | | | | | | |

Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## CH206295431US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in ALBANIA at 11:31 am on February 12, 2024.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered**
ALBANIA
February 12, 2024, 11:31 am

**Addressee not available - Scheduled for another delivery attempt today**
ALBANIA
February 12, 2024, 11:29 am

**Addressee not available - Scheduled for another delivery attempt today**
ALBANIA
February 10, 2024, 10:29 am

**Processed through Facility**
TIRANA ENTRANGER, ALBANIA
February 9, 2024, 3:20 pm

**Customs Clearance Processing Complete**
ALBANIA
February 9, 2024, 2:08 pm

**Customs Clearance**

ALBANIA
February 9, 2024, 2:07 pm

**Processed Through Facility**

ALBANIA
February 9, 2024, 1:55 pm

**Departed**

LONDON, UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND
February 8, 2024, 9:01 am

**Departed**

NEW YORK, UNITED STATES
February 6, 2024, 6:13 pm

**Arrived**

NEW YORK, UNITED STATES
February 6, 2024, 7:16 am

**Processed Through USPS Regional Facility**

JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
February 5, 2024, 10:10 am

**Arrived at USPS Regional Facility**

JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER, UNITED STATES
February 5, 2024, 10:09 am

**Arrived at USPS Regional Facility**

JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
February 4, 2024, 7:44 am

**Departed USPS Regional Facility**

METRO NY DISTRIBUTION CENTER
February 4, 2024, 6:21 am

**Arrived at USPS Regional Facility**

METRO NY DISTRIBUTION CENTER
February 3, 2024, 9:05 pm

**USPS in possession of item**

BROOKLYN, NY 11228
February 3, 2024, 10:48 am